**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**
**GREENVILLE DIVISION**

**REGAN CLEVENGER**                                                               **PLAINTIFF**

**V.**                                                                           **NO. 4:20-CV-8-DMB-DAS**

**COMMISSIONER OF SOCIAL**
**SECURITY**                                                                               **DEFENDANT**

## ORDER

On January 23, 2020, United States Magistrate Judge Roy Percy issued a report and recommendation recommending that Regan Clevenger's motion to proceed in forma pauperis be denied "but that the plaintiff be granted some additional time in which to pay the filing fee." Doc. #3. No party has objected to the report and recommendation. However, Clevenger paid the required filing fee on February 3, 2020.

Under 28 U.S.C § 636(b)(1)(C), "[a] judge of the court shall make a de novo determination of those portions of the report … to which objection is made." "[W]here there is no objection, the Court need only determine whether the report and recommendation is clearly erroneous or contrary to law." *United States v. Alaniz*, 278 F. Supp. 3d 944, 948 (S.D. Tex. 2017) (*citing United States v. Wilson*, 864 F.2d 1219, 1221 (5th Cir. 1989)). Because the report and recommendation is neither clearly erroneous nor contrary to law, it is **ADOPTED** as the order of the Court. Clevenger's motion to proceed in forma pauperis [2] is **DENIED**. The deadline to pay the filing fee is extended to February 3, 2020, such that Clevenger's February 3 payment of the filing fee is deemed timely.

**SO ORDERED**, this 14th day of February, 2020.

                                                                      /s/Debra M. Brown
                                                                      **UNITED STATES DISTRICT JUDGE**